UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARISSA DANIELLE KELLY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:23-CV-222-JEM |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Court **DENIES** Plaintiff's Motion for Judgment Based on the Administration Record [**Doc. 11**]. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT